FILED

2005 Sep-16  PM 03:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **JAMES LEE BROWN,** | ) | |
| | ) | |
| **Movant,** | ) | |
| | ) | |
| **vs.** | ) | **Case Nos:   CV 03-S-8046-S** |
| | ) | **CR 02-S-0446-S** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## MEMORANDUM OPINION

The magistrate judge entered a report recommending that defendant's motion to vacate, set aside, or correct a sentence, filed pursuant to 28 U.S.C. § 2255 be denied.  No objections have been filed. The court has considered the entire file in this action, together with the magistrate judge's report and recommendation, and has reached an independent conclusion that the report and recommendation is due to be, and the same hereby is, adopted and approved as the findings and conclusions of this court.  Accordingly, defendant's motion is due to be denied, and an appropriate order will be entered.

DONE this 16th day of September, 2005.

_____
United States District Judge